December 19, 2023


Via ECF
Mr. Lyle W. Cayce
Clerk, United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

RE:   *Great lakes Dredge & Dock, Co., LLC v. Magnus.*, No. 23-20516


Dear Mr. Cayce:

I am writing to request an unopposed Level 1 extension of 26 days to file the response brief for the federal defendants-appellees. The court previously granted the parties' joint motion as to the extension of the opening brief until December 18, 2023, while noting that the parties could reurge their requests after the rest of the briefing schedule had been set. The response briefs are currently due on January 17, 2024, and we are requesting an extension to and including February 12, 2024, in which to file the federal defendants-appellees' brief.

I am lead counsel for the federal defendants-appellees in the above-captioned appeal, and Mr. Charles Scarborough is the reviewing attorney. The requested extension is necessary in light of previously-assigned matters in which I am lead counsel or Mr. Scarborough is the reviewing attorney. In addition to internal matters, these include: *Hornof v. Shane*, No. 23-1761 (1st Cir.) (response brief due December 20, 2023); *Jackson v. Secretary for the Department of Homeland Security*, No. 23-11038 (5th Cir.) (response brief due January 17, 2023); and *United States ex rel. May v. United States*, No. 23-1323 (10th Cir.) (response brief due January 19, 2023). The extension is also necessary to provide sufficient time for necessary intra-governmental coordination regarding the standing issue raised on appeal—on which the government has not previously taken a position—due to the intervening holidays between December 18, 2023, and February 12, 2024.

Counsel for Great Lakes Dredge & Dock Company, L.L.C.; counsel for Intervenor Defendant-Appellee, American Petroleum Institute; and counsel for

Intervenor Defendant-Appellee, American Clean Power Associates, all consent to this request.

Sincerely,

/s/ *Caroline D. Lopez*
Caroline D. Lopez
Attorney for
Federal Defendants

cc: Counsel of Record (via ECF)

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the U.S. Court of Appeals for the Fifth Circuit by using the CM/ECF system. I further certify that on this 19th day of December, 2023, I served the foregoing letter on counsel of record by electronic service via the CM/ECF system.

/s/ *Caroline D. Lopez*
Caroline D. Lopez