No. 23-20516

# In the United States Court of Appeals for the Fifth Circuit

───────

GREAT LAKES DREDGE & DOCK COMPANY, L.L.C.,
*Plaintiff-Appellant,*

*v.*

CHRIS MAGNUS; ALEJANDRO MAYORKAS,
*Defendants-Appellees,*

AMERICAN PETROLEUM INSTITUTE;
AMERICAN CLEAN POWER ASSOCIATES
*Intervenor Defendants-Appellees.*

───────

On Appeal from the United States District Court for the
Southern District of Texas, Houston Division, No. 4:22-CV-02481

───────

### AMERICAN PETROLEUM INSTITUTE'S UNOPPOSED MOTION TO OBTAIN AND VIEW SEALED DOCUMENTS

───────

BRANDON DUKE
*Winston & Strawn LLP*
800 Capitol Street, Suite 2400
Houston, TX 77002
(713) 651-2600

MICHAEL J. WOODRUM
*Winston & Strawn LLP*
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500

JONATHAN D. BRIGHTBILL
CONSTANTINE G. PAPAVIZAS
*Winston & Strawn LLP*
1901 L Street N.W.
Washington, DC 20036
(202) 282-5000

*Counsel for American Petroleum Institute*

Appellee American Petroleum Institute ("API") moves to obtain and view record documents sealed in the district court. Counsel for API has contacted counsel for Appellant Great Lakes Dredge & Dock Company, L.L.C., counsel for Defendants-Appellees Chris Magnus and Alejandro Mayorkas, and counsel for Intervenor Defendant-Appellee American Clean Power Associates. Counsel indicated that those parties do not oppose this motion.

The unredacted version of the administrative record was filed under seal in the district court. API may need to cite those unredacted portions in its response brief. Accordingly, API respectfully requests that the Court grant this motion and give access to the record documents sealed before the district court. API's access to the sealed record will be subject to the protective order issued by the district court on July 13, 2023. ROA.1651-1656.

                                              Respectfully submitted,

December 21, 2023            /s/ *Jonathan D. Brightbill*
                                              JONATHAN D. BRIGHTBILL
                                              CONSTANTINE G. PAPAVIZAS
                                              *Winston & Strawn LLP*
                                              1901 L Street N.W.
                                              Washington, DC 20036
                                              (202) 282-5000

                                              BRANDON DUKE
                                              *Winston & Strawn LLP*
                                              800 Capitol Street, Suite 2400
                                              Houston, TX 77002
                                              (713) 651-2600

                                              MICHAEL J. WOODRUM
                                              *Winston & Strawn LLP*
                                              2121 N. Pearl Street, Suite 900
                                              Dallas, TX 75201
                                              (214) 453-6500

                                              *Counsel for American Petroleum Institute*

# CERTIFICATE OF SERVICE

On December 21, 2023, the foregoing brief was served on all parties or their counsel of record through the CM/ECF system and via email.

/s/ *Jonathan D. Brightbill*
Jonathan D. Brightbill

# CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellant, counsel for Defendants-Appellees, and counsel for Intervenor-Appellee, who do not oppose this motion.

/s/ *Jonathan D. Brightbill*
Jonathan D. Brightbill