No. 23-20516

# In the United States Court of Appeals for the Fifth Circuit

_____

GREAT LAKES DREDGE & DOCK COMPANY, L.L.C.,
*Plaintiff-Appellant,*

*v.*

CHRIS MAGNUS; ALEJANDRO MAYORKAS,
*Defendants-Appellees,*

AMERICAN PETROLEUM INSTITUTE;
AMERICAN CLEAN POWER ASSOCIATES
*Intervenor Defendants-Appellees.*

_____

On Appeal from the United States District Court for the
Southern District of Texas, Houston Division, No. 4:22-CV-02481

_____

**AMERICAN PETROLEUM INSTITUTE'S MOTION TO
FURTHER EXTEND TIME TO FILE APPELLEE'S BRIEF**

_____

BRANDON DUKE
*Winston & Strawn LLP*
800 Capitol Street, Suite 2400
Houston, TX 77002
(713) 651-2600

MICHAEL J. WOODRUM
*Winston & Strawn LLP*
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500

JONATHAN D. BRIGHTBILL
CONSTANTINE G. PAPAVIZAS
*Winston & Strawn LLP*
1901 L Street N.W.
Washington, DC 20036
(202) 282-5000

*Counsel for American Petroleum Institute*

Intervenor Defendant-Appellee American Petroleum Institute ("API") moves for a Level 2 Extension of the deadline to file its Appellee Brief by two weeks until March 1, 2024. 5th Cir. R. 31.4.3.2.

The Court previously granted a Level 1 extension of API's deadline, consistent with the parties' agreed briefing schedule. That extension set API's deadline at February 16, 2024, four days after the February 12, 2024 deadline for Federal Defendants-Appellees, Chris Magnus and Alejandro Mayorkas, to file their brief.

Federal Defendants-Appellees did file their brief on February 12. Upon reviewing that brief, API for the first time learned that Federal Defendants-Appellees are not defending the judgment on the grounds provided by the district court. Counsel for API previously contacted counsel for Federal Defendants-Appellees to ascertain the arguments that the government would present on appeal. Counsel for Federal Defendants-Appellees declined to give notice to counsel API of any of the arguments the government would present.

More than ordinary good cause justifies granting this extension. 5th Cir. R. 31.4.3.2. API intervened before the district court without opposition. In its Answer in Intervention, API raised Plaintiff-

Appellant's lack of standing. API then moved for summary judgment on Plaintiff's lack of standing. The Federal-Defendants previously took no position on that question before the district court. The district court then granted summary judgment to both defendants on the standing grounds asserted by API.

Before this Court, API has diligently drafted its brief in response to Appellant Great Lakes Dredge & Dock LLC's opening brief. It also diligently attempted to ascertain from Federal Defendants-Appellees how they would defend the judgment of the district court. API has a substantial need for a Level 2 extension because it must now respond to the new standing arguments presented by Federal Defendants-Appellees. In particular, the Government offers a theory for Appellant's standing that Appellant itself did not assert. At the same time, the Federal Defendants-Appellees have *disputed* Appellant's own "expansive theory of standing" as one that "sweeps far too broadly." Federal Defendants-Appellees Br. at 23. The Court will thus benefit from the additional time granted to API because API will defend the judgment of the district court as issued, whereas the Federal Defendants-Appellees did not do so.

Good cause exists to receive this motion less than seven days before API's current due date of February 16, 2024. As explained above, despite its diligence, API did not know prior to February 12, 2024, that the Federal Defednants–Appellees would not defend the district court's judgment as issued, that the government would offer its own alternative theory of standing, and that API would be adverse to Federal Defendants-Appellees on the issue of standing. *See* 5th Cir. R. 31.4.1(a).

Counsel for API has conferred with counsel for Appellant Great Lakes, Federal Defendants-Appellees, and Intervenor-Appellee American Clean Power Association. 5th Cir. R. 31.4.1(b). Counsel for Great Lakes indicated it is opposed to the motion. Counsel for Federal Defendants-Appellees and counsel for American Clean Power Association indicated they do not oppose the motion.

Therefore, API respectfully requests that the Court grant its motion for an extension of the deadline to file its Appellee Brief by two weeks until March 1, 2024.

Respectfully submitted,

February 13, 2024

/s/ *Jonathan D. Brightbill*
JONATHAN D. BRIGHTBILL
CONSTANTINE G. PAPAVIZAS
*Winston & Strawn LLP*
1901 L Street N.W.
Washington, DC 20036
(202) 282-5000

BRANDON DUKE
*Winston & Strawn LLP*
800 Capitol Street, Suite 2400
Houston, TX 77002
(713) 651-2600

MICHAEL J. WOODRUM
*Winston & Strawn LLP*
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500

*Counsel for American Petroleum Institute*

4

## CERTIFICATE OF SERVICE

On February 13, 2023, the foregoing brief was served on all parties or their counsel of record through the CM/ECF system and via email.

<u>/s/ <i>Jonathan D. Brightbill</i></u><br>
Jonathan D. Brightbill

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellant, counsel for Federal Defendants-Appellees, and counsel for Intervenor-Appellee. Appellant opposes the motion. Federal Defendants-Appellees and Intervenor-Appellee do not oppose the motion.

<u>/s/ <i>Jonathan D. Brightbill</i></u><br>
Jonathan D. Brightbill