# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-20516    Great Lakes Dredge v. Magnus
                    USDC No. 4:22-CV-2481

The court has granted an extension of time to and including March 1, 2024 for filing brief of appellee American Petroleum Institute in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703

Mr. Jonathan Brightbill
Mr. Zachary Cain
Mr. Brandon W. Duke
Mr. Tre Holloway
Mr. Keith Bernard Letourneau
Mr. John Longstreth
Ms. Caroline D. Lopez
Ms. Constantine G. Papavizas
Ms. Beth Bivans Petronio
Mr. Mark Ruge
Mr. Charles Wylie Scarborough
Ms. Cassandra Snyder
Mr. Michael Woodrum